SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED  ☐ LODGED

**Apr 24 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 23-04291MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/13/2023 | 4/13/2023 4:59 PM | T-MOBILE USA INC. |

**INVENTORY MADE IN THE PRESENCE OF**

SA KERRY WITHERSPOON

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

CDR_MEDIATIONS_5205964520_12757287.XLS

DATA_SESSIONS_315179_5205964520.XLSX

SUB_TIBCO_5205964520_12757288.XLS

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4/24/2023

*Kerry Witherspoon*
Executing Officer's Signature

SPECIAL AGENT KERRY WITHERSPOON
Printed Name and Title        FBI